1142

No. 80–969.  FIRESTONE, SECRETARY OF STATE OF FLORIDA, ET AL. *v.* DADE VOTERS FOR A FREE CHOICE ET AL. C. A. 5th Cir.  Certiorari denied.

No. 80–1909.  HEPPENSTALL CO. *v.* MURPHY ET AL. C. A. 3d Cir.  Certiorari denied.

No. 80–6303.  SHAW *v.* BERNHOLZ ET AL.  C. A. 4th Cir. Certiorari denied.

No. 80–6313.  BUTLER *v.* BRASSWELL.  C. A. 4th Cir. Certiorari denied.

No. 80–6546.  STIGALL *v.* CARDWELL.  C. A. 4th Cir. Certiorari denied.

No. 80–6820.  ORPIANO *v.* PARKER.  C. A. 4th Cir.  Certiorari denied.

No. 81–257.  MISSOURI EX REL. WOLFF *v.* RUDDY, JUDGE.  Sup. Ct. Mo.  Certiorari denied.

No. 81–340.  PENNZOIL CO. ET AL. *v.* FEDERAL ENERGY REGULATORY COMMISSION.  C. A. 5th Cir.  Certiorari denied.

No. 81–424.  R.O.C., INC. *v.* BROWN ET AL.  Ct. App. La., 1st Cir.  Certiorari denied.

No. 81–437.  RUDOLPH *v.* LOUISIANA.  Sup. Ct. La. Certiorari denied.

No. 81–466.  SONTAG *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 81–483.  CONKLIN ET AL. *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.